UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

LADONNA SMITHEE                                          PLAINTIFF

V.                  NO. 3:17-CV-175-BD

SOCIAL SECURITY ADMINISTRATION                    DEFENDANT

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

DATED this 26th day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE